# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **AMY HAILEY**, an individual, **ALISHA KUENZI**, an individual, and **DANETTE BLAKE-SULLIVAN**, an individual,<br><br>　　Plaintiffs,<br><br>　v.<br><br>**LEGACY HEALTH**, a public benefit corporation, and **DOES 1-50**, inclusive,<br><br>　　Defendant(s). | Case No. 3:23-cv-00149-IM<br><br>**JUDGMENT** |

　　Based on the Court's Opinion and Order, ECF 32, **IT IS ADJUDGED** that this case is

DISMISSED with prejudice.


　　DATED this 20th day of September, 2024.

　　　　　　　　　　　　　　　　　　　　/s/ Karin J. Immergut
　　　　　　　　　　　　　　　　　　　　Karin J. Immergut
　　　　　　　　　　　　　　　　　　　　United States District Judge